**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00971-CV

**SARAH MARIE SMITH, Appellant**

**V.**

**JOHN MICHAEL SMITH, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-51420-2013**

## ORDER

We **GRANT** Georganna L. Simpson's February 3, 2014 motion for withdrawal of counsel. We **DIRECT** the Clerk of the Court to remove Ms. Simpson as counsel of record for appellant and send all correspondence to:

Sarah Marie Smith
2111 Dixie Street
Caddo Mills, Texas 75135
sarahsmith372@yahoo.com
(972) 762-5531.

Based on Ms. Simpson's representation in her withdrawal motion, we **VACATE** our August 21, 2013 mediation order and **ORDER** the appellate record be filed within thirty (30) days of the date of this order. Unless appellant provides written verification that she is entitled to

proceed without advance payment of costs, failure to pay or make arrangements to pay for the reporter's record will result in the appeal being submitted without the reporter's record and failure to pay or make arrangements to pay for the clerk's record will result in the appeal being dismissed without further notice. *See* TEX. R. APP. P. 37.3(b),(c).


/s/     ELIZABETH LANG-MIERS
        JUSTICE